J, Briccetti    RJ

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CINDY LANZBOM individually and on behalf of a class,<br><br>Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | Hon. Vincent L. Briccetti<br>Civil Action No.: 11-CV-04156-VB<br><br>CLASS ACTION<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION** |

Upon the motion of Thomas R. Dominczyk, attorney for Portfolio Recovery Associates, LLC,

and said sponsor attorney's affidavit in support and Donald S. Maurice, Jr.'s affidavit in support;

**IT IS HEREBY ORDERED** that

Donald S. Maurice, Jr., Esq.
Maurice & Needleman, P.C.
5 Walter E. Foran Blvd., Suite 2007
Flemington, NJ 08822
(908) 237-4550
(908) 237-4551 (fax)
dsm@mnlawpc.com



is admitted to practice pro hac vice as counsel for Portfolio Recovery Associates, LLC in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.   SO ORDERED:

Dated: 1/5/12

_____
United States District/~~Magistrate~~ Judge