UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lanzbom
        Plaintiff,

v.                                    7:11 cv 4156  (VB)

Portfolio Recovery Associates
        Defendants.

## SCHEDULING NOTICE

The Honorable Vincent L. Briccetti has directed that counsel for all parties herein shall appear for Oral Argument on April 20, 2012 at 11:30 am. in Courtroom 620, at the Hon. Charles L. Brieant Courthouse, 300 Quarropas St, White Plains, NY 10601.

Dated at White Plains, this 6, day of April , 2012.

                                              By the Court,

                                              Donna Hilbert
                                              Deputy Clerk