UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CINDY LANZBOM, on behalf of plaintiff and the   :
class defined herein,                            :
       Plaintiff,                           :
                                             :  **ORDER**
v.                                               :
                                             :  11 CV 4156 (VB)
PORTFOLIO RECOVERY ASSOCIATES, LLC,              :
       Defendant.                           :
--------------------------------------------------------------x

     In light of defendant's letter to the Court dated April 19, 2012, indicating the parties have reached an agreement settling this case, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made on or before May 21, 2012.

     The pending motion for class certification (Doc. #16) is denied as moot. The Clerk is instructed to terminate the pending motion.

Dated: April 24, 2012
       White Plains, New York

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge